No. 84–5626.  DUFOUR v. MISSISSIPPI.  Sup. Ct. Miss.;

No. 84–5727.  STRINGER v. MISSISSIPPI.  Sup. Ct. Miss.;

No. 84–5735.  TRIMBLE v. MARYLAND.  Ct. App. Md.;

No. 84–5783.  BILLIOT v. MISSISSIPPI.  Sup. Ct. Miss.;

No. 84–5792.  GARDNER v. NORTH CAROLINA.  Sup. Ct. N. C.;

No. 84–5845.  NOLAND v. NORTH CAROLINA.  Sup. Ct. N. C.;

No. 84–5880.  CLOZZA v. VIRGINIA.  Sup. Ct. Va.;

No. 84–5881.  BYRD v. MISSOURI.  Sup. Ct. Mo.;

No. 84–5960.  LEMON v. FLORIDA.  Sup. Ct. Fla.; and

No. 84–5964.  VILLAFUERTE v. ARIZONA.  Sup. Ct. Ariz. Certiorari denied.  Reported below: No. 84–5626, 453 So. 2d 337; No. 84–5727, 454 So. 2d 468; No. 84–5735, 300 Md. 387, 478 A. 2d 1143; No. 84–5783, 454 So. 2d 445; No. 84–5792, 311 N. C. 489, 319 S. E. 2d 591; No. 84–5845, 312 N. C. 1, 320 S. E. 2d 642; No. 84–5880, 228 Va. 124, 321 S. E. 2d 273; No. 84–5881, 676 S. W. 2d 494; No. 84–5960, 456 So. 2d 885; No. 84–5964, 142 Ariz. 323, 690 P. 2d 42.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, Gregg v. Georgia, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 83–6061.  GARCIA ET AL. v. UNITED STATES, ante, p. 70;

No. 84–141.  YARBROUGH ET AL. v. SMALL BUSINESS ADMINISTRATION, ante, p. 1017;

No. 84–618.  BRATTON, ADMINISTRATOR OF THE ESTATE OF BRATTON v. SAFEWAY STORES, INC., ante, p. 1073;

No. 84–726.  BRADY v. COMMISSIONER OF INTERNAL REVENUE, ante, p. 1074;

No. 84–5363.  BRYMER v. ROSE, WARDEN, ET AL., ante, p. 1111;

No. 84–5441.  MYSLIWIEC v. DONOVAN, SECRETARY OF LABOR, ante, p. 1088; and

No. 84–5552.  PETROFSKY v. INTERMOUNTAIN RESEARCH & ENGINEERING CO., ante, p. 1074.  Petitions for rehearing denied.